UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No: 2785) |
| *This Document Relates To*: | |
| Troy Gott, on behalf of himself and all others similarly situated, Plaintiffs | Case No. 20-cv-2099-EFM |
| vs. | |
| Mylan N.V., *et al.*, Defendants | |

**CLASS PLAINTIFFS' MOTION TO TRANSFER AND
CONSOLIDATE THE *GOTT* CASE TO THE *EPIPEN* MDL**

Class Plaintiffs move to transfer and consolidate the RICO shelf-life marketing case, *Gott v. Mylan N.V., et al*, Case No. 20-cv-2099, with MDL 2785, *In re: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, 17-md-2785. Both cases are in the District of Kansas, and it would make sense to consolidate them, albeit on separate tracks.

Class Plaintiffs believe it would serve the interests of Fed. R. Civ. P. 1, and be consistent with JPML Rule 7.2(a) and D. Kan. Rule 23-A, for the *Gott* case to be consolidated on a separate track for the following reasons:

1. All of the same defendants are involved in both cases (without Heather Bresch being a named defendant, although she is factually involved in the *Gott* case);

2. The same product is involved in both cases;

3. The same RICO marketing scheme is involved in both cases (both involve trying to sell more product by deceiving the public about what was medically necessary. In the MDL,

it was the supposed need for an exclusive 2-Pak, and in *Gott*, the supposed medical necessity was buying more EpiPens due to a false expiration date).

For these reasons, the *Gott* case should be consolidated within the pending EpiPen MDL before Judge Crabtree.

        Respectfully submitted,

        */s/ Rex A. Sharp*
        SHARP BARTON, LLP
        Rex A. Sharp
        Ryan C. Hudson
        5301 W. 75th Street
        Prairie Village, KS 66208
        (913) 901-0505
        (913) 901-0419 fax
        rex@sharpbarton.com
        ryan@sharpbarton.com